## AFFIDAVIT OF ELIJAH HEBERT

## IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT

I, **ELIJAH HEBERT** being duly sworn states as follows:

1. I have been employed as a Postal Inspector with the United States Postal Inspection Service ("USPIS") since May 2015, and am currently assigned to Boston Division of the USPIS where I investigate Mail Fraud. I was previously employed as a Massachusetts State Trooper from March 2012 to February 2015 and as a Forensic Chemist at the Massachusetts State Police Crime Laboratory from July 2005 to October 2011. I am authorized to investigate violations of United States law and to execute warrants issued under the authority of the United States. During my employment as a Postal Inspector, I have received training in conducting investigations of crimes that adversely affect, or fraudulently use, the United States mail and the United States Postal Service ("USPS"). I have also received training and been involved in the use of investigative techniques such as interviewing victims, informants, and witnesses; conducting physical surveillance; and, analyzing financial records. I have participated in criminal investigations of various violations of Title 18 of the United States Code involving financial crimes including mail, bank and wire fraud, identity theft, money laundering, and computer crimes. I have participated in several search and arrest warrants.

2. This Affidavit is submitted in support of a criminal complaint charging Kemal Barnes, a citizen of Jamaica with a year of birth of 1982, who resides at 68 Cleveland Street, Apartment 2, Malden, Massachusetts 02148, with mail fraud, in violation of 18 U.S.C. § 1341.

3. The statements contained in this affidavit are based upon my training and experience and information obtained from other witnesses and other law enforcement agents involved in this investigation. Because this affidavit is being submitted for the limited purpose

of securing authorization for the requested criminal complaint, I have not included each and every fact known to me concerning this investigation but rather only those facts that I believe are necessary to establish the necessary foundation for the requested warrant.

## BACKGROUND OF INVESTIGATION

4. In October 2015, the USPIS was contacted by a Texas law enforcement official seeking assistance with an investigation involving individuals who falsely convinced a 79-year-old woman ("VICTIM") that she had won a lottery, and demanded that she pay taxes and other fees to claim her prize.

5. In October 2015, VICTIM's son discovered that commencing in September 2015, VICTIM, convinced that she had won millions of dollars through a lottery, mailed cash and cashier's checks totaling approximately $121,967.00 to multiple individuals across the country. These mailings included funds sent to "Mary Jones" and "Kenneth Wilson" at 68 Cleveland Street, Apartment 2, Malden, Massachusetts 02148.

6. VICTIM was interviewed by law enforcement and stated that she had received a letter in the mail that announced that she had won a lottery prize of $5,000,000.00, a further cash bonus prize of $500,000.00, and a 2015 Mercedes Benz S Class vehicle. VICTIM was further advised that she needed to pay fees on her winnings, such as taxes, insurance, processing and registration, as well as storage fees on the vehicle. The letter included a contact telephone number, 585-479-8510, for a "Mary Jones."

7. VICTIM further related that she spoke over the telephone with someone about the lottery winnings and was instructed to send money to "Mary Jones" and "Kenneth Wilson." VICTIM provided law enforcement with her handwritten notes concerning payments she made to "Mary Jones" and "Kenneth Wilson" in connection with her supposed lottery winnings:

*Kenneth Wilson*　　　　　　　　　　*1,800*
*68 Cleveland St*
*Apt. 2*
*Malden, MA 02148*

*Mary Jones*　　　　　　　　　　　　*24,502 Cash*
*68 Cleveland St.*　　　　　　　　　　*402*
*Apt. 2*
*Malden, MA 02148*

8.  VICTIM also reported to law enforcement that she sent United States Postal Service (USPS) Express Mail to Mary Jones at 68 Cleveland Street, Apartment 2, Malden, Massachusetts 02148 on multiple occasions, and estimated that she had probably sent over $70,000.00 in cash to 68 Cleveland Street, Apartment 2, Malden, Massachusetts 02148. VICTIM reported that she was advised to obtain a reverse mortgage on her home in order to obtain more funds to send.

9.  On November 5, 2015, VICTIM consented to calling "Mary Jones" from her personal home phone at the number she had been provided for "Mary Jones," (585) 479-8510. Law enforcement monitored and recorded the call. The person who answered the call identified herself as "Mary" to VICTIM. VICTIM discussed the status of a reverse mortgage the VICTIM was in the process of obtaining. VICTIM also discussed the requirements of an inspection and a property surveyor prior to the approval of the reverse mortgage.

10. Up until the execution of a search warrant on December 21, 2015, "Mary Jones" continued to contact VICTIM via telephone inquiring about the reverse mortgage. VICTIM informed "Mary" that VICTIM was in the process of getting the reverse mortgage but was unsure of the amount of money that she would be eligible to receive. According to VICTIM, she was instructed to send the money from the reverse mortgage to "Mary Jones" at 68 Cleveland Street, Apartment 2, Malden, Massachusetts 02148.

11. On November 30, 2015, VICTIM's son reported to law enforcement that he anticipated "Mary" would call his mother that week. VICTIM's son stated he intended to try to get some of his mother's money back by having VICTIM tell "Mary" that VICTIM did not have sufficient funds to cover the fees and closing costs associated with obtaining the reverse mortgage. VICTIM did as her son requested. Thereafter, on December 2, 2015, VICTIM received a Western Union transfer in the amount of $1,200.00 from "Kayan Robinson," a person unknown to VICTIM. It appears that this money was sent to VICTIM as a result of what she told "Mary Jones."

12. On December 8, 2015, VICTIM told Texas law enforcement that "Mary" was calling and asking her when she would get the proceeds from the reverse mortgage. VICTIM indicated to "Mary" that the reverse mortgage was still in the works.

13. On December 11, 2015, VICTIM's son reported that VICTIM spoke on the phone with "Mary" and that "Mary" had agreed to send another $2,400.00 to VICTIM for closing costs. "Mary" said she would send the money the following Friday or Monday. Additionally, VICTIM asked "Mary" how much more she (VICTIM) would have to put down to be eligible for the prizes. "Mary" replied $60,000.00. VICTIM stated that during the same phone conversation, "Mary" inquired as to how much the bank was willing to loan. VICTIM replied $157,000.00. "Mary" suggested that VICTIM borrow the full amount. VICTIM told "Mary" that once she had the $2,400.00 for the closing costs, the bank would have the loan proceeds in about two weeks.

14. On December 16, 2016, VICTIM received a Priority Express Envelope addressed to VICTIM with a sender listed as "Mark Wilson," 30 Bacon St., Orange, Massachusetts 01364. The Priority Express Envelope contained $2,400.00 in cash. A review of the Priority Express

Envelope revealed that the envelope was mailed from Malden, Massachusetts on December 14, 2015. Postal tracking records reveal that the Priority Express Envelope was accepted by the Malden Post Office at 3:25 p.m. A review of surveillance video taken at the Malden Post Office on December 14, 2015, revealed that Defendant and Josiann Meyers-Barnes were present at the post office at the time the Priority Express Envelope was submitted for mailing.

<u>Investigation of 68 Cleveland Street, Apartment 2, Malden, Massachusetts</u>

15. According to USPS records, between September 2015 and October 2015, five (5) USPS Priority Express envelopes addressed to 68 Cleveland Street, Apartment 2, Malden, Massachusetts, were mailed from the city in Texas, where the VICTIM resides.

16. **MAILINGS**

| <u>USPS TRACKING #</u> | <u>MAILING DATE</u> | <u>ORIGINATION OF MAILING</u> | <u>DELIVERY DATE</u> | <u>DELIVERY LOCATION</u> |
|---|---|---|---|---|
| EK193506XXXUS | 09/23/2015 | Lampasas, Texas | 09/24/2015 | MALDEN, MA |
| EK949606XXXUS | 09/30/2015 | Lampasas, Texas | 10/1/2015 | MALDEN, MA |
| EK949604XXXUS | 10/8/2015 | Lampasas, Texas | 10/9/2015 | MALDEN, MA |
| EK837233XXXUS | 10/13/2015 | Lampasas, Texas | 10/15/2015 | MALDEN, MA |
| EK949604XXXUS | 10/13/2015 | Lampasas, Texas | 10/15/2015 | MALDEN, MA |

17. On October 1, 2015, at 11:30 a.m., USPS records indicate that (1) Priority Express mail number EK949606XXXUS was delivered to 68 Cleveland Street, #2, Malden, MA 0214. This delivery record shows the Priority Express mail was signed for by "M Jones." This specific Priority Express mail piece required a signature by the recipient in order for the piece to be delivered. The recipient's signature was not available on the remaining (4) Priority Express mail

5

pieces because the waiver of signature[1] was exercised by the sender of said mailings (the VICTIM). According to stamps in his Passport, Kemal Barnes arrived in the United States on December 12, 2015.

18. According to VICTIM, VICTIM mailed packages to 68 Cleveland Street, Apartment 2, Malden, Massachusetts 02148 addressed to both "Mary Jones" and "Kenneth Wilson." According to USPS records and publicly available databases, Josian Myers-Barnes and Annakay Myers reside at 68 Cleveland Street, Apartment 2, Malden, Massachusetts 02148 and neither a "Mary Jones" nor a "Kenneth Wilson" live, or have lived, there.

19. A records check indicated that Josian Myers-Barnes is a naturalized United States citizen and was born in Jamaica. A review of her U.S. Passport application revealed she listed an address of 68 Cleveland Street, Apt. 2, Malden, Massachusetts 02148. A records check indicated that Annakay Myers is a Legal Permanent Resident of the United States and a citizen of Jamaica.

20. The investigation revealed that on multiple occasions some of the packages listed in paragraph 16 above were tracked by individuals from outside the United States. Based on my training an experience, I know that individuals involved in scams often track a package's progression until delivered to its intended destination.

## Execution of Anticipatory Search Warrant

21. On December 18, 2015, the Court issued an anticipatory search warrant for the 68 Cleveland Street, Apt. 2, Malden, Massachusetts 02148, which was to take effect upon the occurrence of the following predicate event: the acceptance by "Mary Jones" or another resident of 68 Cleveland Street, Apt. 2, Malden, Massachusetts 02148 of a U.S. Postal Service Priority Mail Express envelope containing a $60,000 fictitious check made payable to "Mary Jones."

---

[1] Waiver of signature means that the mail piece can be left at the residence with no signature required for delivery.

22. The anticipatory search warrant was executed on the morning of December 21, 2015, after the above-described U.S. Postal Service Priority Mail Express envelope was delivered to 68 Cleveland Street, Apt. 2, Malden, Massachusetts 02148, and signed for by a male occupant of the residence, who signed "Mary Jones," and who later was identified as Kemal Barnes.

23. At approximately 9:54 a.m., minutes after the U.S. Postal Service Priority Mail Express envelope was taken inside 68 Cleveland Street, Apt. 2, Malden, Massachusetts 02148 by Kemal Barnes, U.S. Postal Inspectors knocked and announced their presence and executed the search warrant. The door was opened by a black male who initially identified himself as "Troy Green." Subsequently, law enforcement identified that person as Kemal Barnes, the husband of Josian Myers-Barnes.

24. When law enforcement encountered Kemal Barnes he was searched for weapons. During the search law enforcement found an Apple iPhone on Kemal Barnes and placed it on a couch.

25. The U.S. Postal Service Priority Mail Express envelope, which had been delivered minutes before, was located on a couch in the living room of the residence. An inspection of the envelope revealed that both the outer and inner envelopes had been opened. The fictitious check for $60,000 was found in the opened inner envelope.

26. Law enforcement conducted a protective sweep of the apartment, during which they encountered Annakay Myers (believed to be the sister of Josian Myers-Barnes) in a bedroom. During the protective sweep and the photographing of the apartment, law enforcement observed in plain view multiple cell phones, to include iPhones, Trackfones, as well as

Trackfone cards used to add minutes to Trackfones. Additionally, law enforcement observed multiple computer products, to include iPads, laptops, digital storage devices and printers. Law enforcement also observed a wireless router, which based on my training and experience is indicative of wireless internet in the residence.

27.     While in the residence law enforcement made a call to 585-479-8510, which was the phone number on the original solicitation letter mailed to VICTIM and the number VICTIM called, in the presence of her son, to request money for the reverse mortgage fees and expenses. Law enforcement observed the iPhone on the couch (the one that had been in the possession of Kemal Barnes) light up and words to the effect of "magicjack missed call" appeared on the iPhone display panel. Law enforcement proceeded to make two additional calls to 585-479-8510 with the same results. Based on my training and experience, I know that "magicjack" is voice over IP, meaning that telephone calls may be made via "magicjack" using any device capable of connecting to the internet, to include cell phones, iPads, and computers. Based on my training and experience, I also know that individuals involved in lottery and other type of scams frequently use multiple cell phones and "magicjack" to mask their true identity.

28.     Law enforcement placed a call to phone number 347-244-6036, another phone number used by "Mary Jones" to call VICTIM. Law enforcement observed the Tracfone on the bedside table in the bedroom used by Kemal Barnes and Josian Myers-Barnes ring. Male and female clothes were found in the bedroom, as well as luggage belonging to Kemal Barnes. The other bedroom in the residence was identified as the bedroom used by Annakay Myers.

29.     Law enforcement provided Kemal Barnes his rights per *Miranda,* which he waived and agreed to speak with law enforcement. Kemal Barnes initially told law enforcement

his name was "Troy Green" and later stated his name was Kemal Barnes. Kemal Barnes admitted to taking possession of the Priority Express Mail envelope delivered earlier that day and stated that he had planned to call his wife after receiving it. Kemal Barnes admitted he went to the Malden Post Office on December 14, 2015, and mailed a package to VICTIM (Kemal Barnes used the victim's name, which is not being disclosed in this Affidavit) in Texas. Kemal Barnes stated the woman to whom he mailed the package was a 31-year-old black female, who he claims to have met in Jamaica. Kemal Barnes said the package contained "$240 in cash," to help the woman pay a bill. Kemal Barnes was shown security camera images from the Malden Post Office showing him mailing the package noted in this paragraph and he stated that the images depicted him. He dated and initialed the images. Kemal Barnes also provided law enforcement with the password for the phone that was removed from his person by law enforcement during the search.

### Execution of Supplemental Search Warrant at 68 Cleveland Street, Apt. 2, Malden, Massachusetts 02148

30. On December 18, 2015, the Court issued a supplemental search warrant for 68 Cleveland Street, Apt. 2, Malden, Massachusetts 02148.

31. The search of 68 Cleveland Street, Apt. 2, Malden, Massachusetts 02148 located items of interest to this investigation. Law enforcement located a small orange "MEAD" notebook on the night stand in the bedroom used by Josian Myers-Barnes and Kemal Barnes. The notebook contained the following written notation: "Western Union user-josiann and Ps-November1," which I believe indicates that "josiann" was a Western Union user name and "November1" was a Western Union password. The notebook also contained the first and last name of the VICTIM and her address. Additionally, written directly below the address was "30

Bacon St, Orange, MA 01364." This address is the same return address noted in the Priority Express Envelope mailed to the Victim noted in paragraph 14 above.

32. Law enforcement located a Western Union card bearing number 102 452 955, which contained the signature of Josiann Myers and a second Western Union card bearing number 108 529 782, which contained the signature of Kemal Barnes. Additionally, law enforcement located multiple receipts from Western Union indicating transactions between Josiann Myers and Jamaica.

33. A review of the Apple iPhone 6 belonging to Kemal Barnes, noted in paragraph 24 above, revealed multiple internet searches accessing the USPS Track and Confirm feature used to track packages, including a visit to that site on the day of the controlled delivery and the search -December 21, 2015. Additionally, law enforcement located an image on the iPhone taken on December 19, 2015, which appears to be a screenshot from the USPS Track and Confirm site with tracking information regarding Priority Express Envelope bearing tracking number EK529901336US. This is the package containing the $60,000.00 check noted above in paragraph 21. Additionally, observed on that same screenshot was tracking number EL121354050US, which relates to the package delivered to the VICTIM and mailed from Malden, Massachusetts by Barnes and contained $2,400.00. An analysis of the cell phone revealed that the Apple ID for the phone was "tonyjones2015@icloud.com." "Jones" was a one of fictitious names used by the parties involved in the scam. The phone also contained an image of the Customs Declaration completed by Kemal Barnes on December 12, 2015, with his name and signature; as well as an image of the visa issued by the United States authorizing his entry into the United States.

34. A further review of Kemal Barnes's phone revealed that multiple user account identities were associated with the phone, including:

iCloud user name: tonyjones2015@icloud.com; Instagram user name: "troygreenoutaroad;" Waze user name: "MarkWilsonDino79." The VICTIM was directed to send money to "Mary Jones." Troy Green is the false name Kemal Barnes initially provided to law enforcement during the search. Kemal Barnes and Josiann Myers-Barnes used the name "Mark Wilson" as the return address name on the envelope containing $2,400.00 they mailed to VICTIM on December 14, 2015.

35. A review of the Tracfone located in the bedroom of Kemal and Josiann Barnes noted in paragraph 28 above revealed the two phone calls made from law enforcement on December 21, 2016 during the search. A review of the extraction summary report reveled the cell number associated with this phone is 347-244-6036. This is the number the VICTIM used to speak with Mary Jones.

36. Law enforcement conducted an interview of Josiann Myers-Barnes after advising her of her *Miranda* warnings, which she waived and agreed to speak with law enforcement. Josiann Myers-Barnes admitted she went Malden Post Office on December 14, 2015, and mailed two (2) packages, one to a family friend in New Hampshire which contained a hair wig and the other for Kemal. Josiann stated she was with her husband (Kemal) at the Malden Post Office mailing the packages. Josiann was shown security camera images from the Malden Post Office showing her mailing the package noted in this paragraph and she admitted that the images depicted her and Kemal. She dated and initialed the images. Josiann stated she completed the "To" section on Priority Express label for Kemal. Josiann stated Kemal told her the address

information. Josiann did not recall where it was being sent. Josiann stated Kemal gave her an envelope to place inside the Priority Express Envelope. Josiann further stated Kemal had only been in the United States for approximately 10 days.

## CONCLUSION

Based on the information contained in this Affidavit, I submit that there is probable cause to believe that Kemal Barnes committed mail fraud, in violation of 18 U.S.C. § 1341.

ELIJAH HEBERT

U.S. Postal Inspector

Subscribed and sworn to before me on December 5, 2016

HONORABLE MARIANNE B. BOWLER

United States Magistrate Judge